**Fill in this information to identify the case:**

Debtor name: RC Cubed, Inc.

United States Bankruptcy Court for the: Norhtern  District of: CA
(State)

Case number (If known): 20-51411  Chapter: _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _____ | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

2._ **State what the contract or lease is for and the nature of the debtor's interest**
_____
_____
_____
_____

**State the term remaining** _____
_____

**List the contract number of any government contract** _____
_____

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | page ___ of ___ |
|---|---|---|