**Fill in this information to identify the case:**

Debtor name: RC Cubed, Inc.

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (If known): 20-51411

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ / Street, City, State, ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Case: 20-51411   Doc# 15   Filed: 10/06/20   Entered: 10/06/20 14:50:36   Page 1 of 2

Official Form 206H                         Schedule H: Codebtors                         page 1 of ___

Debtor _____ Case number (*if known*)_____
        Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |