**Fill in this information to identify the case:**

Debtor name    RC Cubed, Inc.

United States Bankruptcy Court for the:   Northern    District of   CA
                                                          (State)

Case number (If known):   20-51411

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Case: 20-51411    Doc# 16    Filed: 10/06/20    Entered: 10/06/20 14:52:08    Page 1 of 3

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    _____  $_____  $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
☐ No
_____    ☐ Yes

**Date debt was incurred**  _____    **Is anyone else liable on this claim?**
**Last 4 digits of account**    ☐ No
**number**  ___ ___ ___ ___    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
☐ No    Check all that apply.
☐ Yes. Have you already specified the relative    ☐ Contingent
   priority?    ☐ Unliquidated
   ☐ No. Specify each creditor, including this    ☐ Disputed
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    _____  $_____  $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
☐ No
_____    ☐ Yes

**Date debt was incurred**  _____    **Is anyone else liable on this claim?**
**Last 4 digits of account**    ☐ No
**number**  ___ ___ ___ ___    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
☐ No    Check all that apply.
☐ Yes. Have you already specified the relative    ☐ Contingent
   priority?    ☐ Unliquidated
   ☐ No. Specify each creditor, including this    ☐ Disputed
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |